# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| TERRY RAY LEWIS | ) Case No: 8:93-cr-259-T-23TGW |
| | ) USM No: 17296-018 |
| Date of Previous Judgment: 8/11/1994 | ) Daniel L. Castillo |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion (Doc. 256) is:

☐  DENIED.

☒  GRANTED. The defendant's previously imposed sentence of imprisonment (235 months) is reduced to **TIME SERVED PLUS TEN DAYS.**

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 38 | Amended Offense Level: | 36 | |
| Criminal History Category: | I | Criminal History Category: | I | |
| Previous Guideline Range: | 235 to 293 months | Amended Guideline Range: | 188 to 235 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

The defendant's August 11, 1994, judgment imposed a 235 month sentence as to counts 1, 2, and 3, and a 60 month consecutive sentence as to count 4. On March 18, 1996, the Eleventh Circuit Court of Appeals reversed the conviction as to count four, which eliminated the 60 month consecutive sentence.

Except as provided above, all provisions of the August 11, 1994, judgment remain in effect.

ORDERED in Tampa, Florida on _____March 12th_____, 2008.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

Effective Date: _____
  (if different from order date)